ROGERS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Criminal No. 19-20160 TLP<br>) |
| | ) 18 U.S.C. § 2 |
| CEDRIC MITCHELL, | ) 18 U.S.C. § 371 |
| ASHLEY HULBERT, | ) 18 U.S.C. § 922(g) |
| CORTEZ PRESLEY, | ) 18 U.S.C. § 924(c) |
| and CHRISTOPHER PRESLEY, | ) 18 U.S.C. § 1951 |
| | ) 18 U.S.C. § 2119(1) |
| Defendants. | ) |

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT 1

On or about March 29, 2019, in the Western District of Tennessee, the defendants,

**CEDRIC MITCHELL
ASHLEY HULBERT
CORTEZ PRESLEY
and CHRISTOPHER PRESLEY**

did knowingly, intentionally, and unlawfully combine, conspire, confederate, and agree together and with each other, to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery, all in violation of Title 18, United States Code, Section 1951.

## COUNT 2

On or about March 29, 2019, in the Western District of Tennessee, the defendants,

**CEDRIC MITCHELL
ASHLEY HULBERT
CORTEZ PRESLEY
and CHRISTOPHER PRESLEY**

being aided and abetted by each other, did unlawfully obstruct, delay, and affect commerce by robbery in that the defendants did rob K.R., a delivery driver for First Choice Delivery, a business engaged in interstate commerce, in violation of Title 18, United States Code, Sections 2 and 1951.

## COUNT 3

On or about March 29, 2019, in the Western District of Tennessee, the defendants,

**CEDRIC MITCHELL
ASHLEY HULBERT
CORTEZ PRESLEY
and CHRISTOPHER PRESLEY**

did, knowingly combine, conspire, and confederate together and with others known and unknown to the grand jury to commit an offense against the United States, that is, to take a motor vehicle, that is, a 1997 Ford Econoline, that had been transported, shipped, and received in interstate commerce from K.R., by force, violence, and intimidation, with the intent to cause death and serious bodily harm, all in violation of Title 18, United States Code, Sections 371 and 2119(1). In furtherance of this conspiracy, at least one of the defendants committed, among other overt acts, the overt act of taking the motor vehicle by force, violence, and intimidation.

## COUNT 4

On or about March 29, 2019, in the Western District of Tennessee, the defendants,

**CEDRIC MITCHELL
ASHLEY HULBERT
CORTEZ PRESLEY
and CHRISTOPHER PRESLEY**

being aided and abetted by each other and unknown others, took a motor vehicle, that is, a 1997 Ford Econoline, that had been transported, shipped, and received in interstate commerce from K.R., by force, violence, and intimidation, with the intent to cause death and serious bodily harm, in violation of Title 18, United States Code, Sections 2 and 2119(1).

## COUNT 5

On or about March 29, 2019, in the Western District of Tennessee, the defendants,

**CEDRIC MITCHELL
ASHLEY HULBERT
CORTEZ PRESLEY
and CHRISTOPHER PRESLEY**

being aided and abetted by each other and unknown others, did, during and in relation to a crime of violence, specifically the robbery charged in Count 2, in violation of Title 18, United States Code, Section 1951, knowingly use, carry, and brandish a firearm, all in violation of Title 18, United States Code, Sections 2 and 924(c).

## COUNT 6

On or about May 2, 2019, in the Western District of Tennessee, the defendant,

**CEDRIC MITCHELL**

did possess in and affecting interstate commerce a firearm, that is, a Glock .40 S&W caliber pistol, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, and did so knowingly, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 7

On or about May 14, 2019, in the Western District of Tennessee, the defendant,

**CORTEZ PRESLEY**

did possess in and affecting interstate commerce a firearm, that is, a Ruger 5.56 mm caliber rifle, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, and did so knowingly, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
FOREPERSON

DATED:_____

_____
**D. MICHAEL DUNAVANT**
**UNITED STATES ATTORNEY**